F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
E-mail: jlujan@nevadafirm.com
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:     702/791-1912

*Attorneys for Midland National Life Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA SOMERS, as trustee[1] for the Valesco Irrevocable Trust dated June 16, 2004,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO.:    2:22-cv-1904-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND (ECF NO. 9)**<br><br>**(FIRST REQUEST)** |

Midland National Life Insurance Company, the defendant in this removed action ("Midland"), by and through its counsel of record, the law firm of Holley Driggs, and Plaintiff Patricia Somers, as trustee for the Valesco Irrevocable Trust dated June 16, 2004 ("Plaintiff"), by and through her counsel of record, the law firm of Lee Kiefer & Park, LLP, hereby stipulate and agree as follows:

1.    On December 12, 2022, Plaintiff filed her Motion for Remand (ECF No. 9).

2.    The current deadline for Midland to respond to the Motion for Remand is December 26, 2022 (the "Response Deadline").

/ / /

/ / /

---

[1] By signing this stipulation, Midland does not waive any right to challenge Patricia Somers's status as trustee for the Valesco Irrevocable Trust dated June 16, 2004.

15261-01/2872130.docx

3. Because the Response Deadline is the day after the Christmas holiday, the parties agreed that a two-week extension of the Response Deadline is appropriate.

4. Accordingly, the parties stipulate and agree that the Response Deadline shall be extended to January 9, 2023. This is the parties' first request for an extension of this deadline, and such request is not meant for the purpose of causing undue delay.

IT IS SO STIPULATED.

DATED this 15th day of December, 2022

**HOLLEY DRIGGS**

/s/ F. Thomas Edwards
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Defendant Midland National Life Insurance Company*

DATED this 15th day of December, 2022

**LEE KIEFER & PARK, LLP**

/s/ Matthew W. Park
MATTHEW W. PARK, ESQ.
Nevada Bar No. 12062
T. CHASE PITTSENBARGER, ESQ.
Nevada Bar No. 13740
1140 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144

*Attorneys for Plaintiff, Patricia Somers, Trustee*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 16, 2022

15261-01/2872130.docx