**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICA SOMERS, as trustee for the Valesco Irrevocable Trust dated June 16, 2004,<br><br>    Plaintiff<br><br>v.<br><br>MIDLAND NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:22-cv-01904-APG-NJK<br><br>**Order Lifting Stay** |

In light of the parties' joint status report (ECF No. 30),

I ORDER that the stay previously entered in this case is lifted. The parties shall submit an amended joint discovery plan and scheduling order by July 14, 2023.

DATED this 10th day of June, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE