**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA SOMERS, as alleged trustee for the Valesco Irrevocable Trust dated June 16, 2004,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MIDLAND NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO.:　　2:22-cv-1904-APG-NJK<br><br>**ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND HER PETITION (ECF NO. 36)**<br><br>**(FIRST REQUEST)** |

　　　　Midland National Life Insurance Company, the defendant in this action ("Midland"), by and through its counsel of record, the law firm of Holley Driggs, and the Plaintiff, by and through her counsel of record, the law firm of Lee Kiefer & Park, LLP, hereby stipulate and agree as follows:

　　　　1.　　On October 9, 2023, Plaintiff filed her Motion for Leave to Amend her Petition (ECF No. 36).

　　　　2.　　The current deadline for Midland to respond to the Motion for Remand is October 23, 2023 (the "Response Deadline").

　　　　3.　　The parties have agreed that a two-week extension of the Response Deadline is appropriate given conflicting commitments of Midland's counsel prior to the Response Deadline, including, without limitation, the preparation of summary judgment motions in two matters being handled by lead counsel for Midland, and the conducting of expedited discovery in anticipation of

a potential amendment of pleadings in another federal court action. These commitments, coupled with the other ongoing obligations of counsel, render an extension of time appropriate.

   4.  Accordingly, the parties stipulate and agree that the Response Deadline shall be extended to November 6, 2023. This is the parties' first request for an extension of this deadline, and such request is not meant for the purpose of causing undue delay.

   IT IS SO STIPULATED.

DATED this 13th day of October, 2023.

**HOLLEY DRIGGS**

*/s/ Paul. F. Heaton*
**GODFREY & KAHN, S.C.**
PAUL F. HEATON, ESQ., Admitted *PHV*
Wisconsin Bar No. 1000858
HUNTER M. VAN ASTEN, ESQ., Admitted *PHV*
Wisconsin Bar No. 1131631

**HOLLEY DRIGGS**
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant,*
*Midland National Life Insurance Company*

DATED this 13th day of October, 2023.

**LEE KIEFER & PARK, LLP**

*/s/ Matthew W. Park*
MATTHEW W. PARK, ESQ.
Nevada Bar No. 12062
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
1140 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144

*Attorneys for Plaintiff,*
*Patricia Somers, Trustee*

## **ORDER**

   **IT IS SO ORDERED.**

Dated: October 16, 2023

_____
Nancy J. Koppe
United States Magistrate Judge