1
2
3
4
5
6

JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
E-mail: jlujan@nevadafirm.com
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:     702/791-0308
Facsimile:      702/791-1912

*Attorneys for Defendant*
*Midland National Life Insurance Company*

7
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

9
10
11
12
13
14

PATRICIA SOMERS,

             Plaintiff,

       vs.

MIDLAND NATIONAL LIFE INSURANCE
COMPANY,

             Defendant.

CASE NO.:  2:22-CV-1904-APG-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

15
16
17
18
19

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, Patricia Somers ("Plaintiff"), hereby stipulates with the defendant, Midland National Life Insurance Company ("Midland", together with Plaintiff, the "Parties"), that this action shall be dismissed with prejudice, each party to bear their own attorney fees and costs. The Parties further stipulate that any and all pending deadlines, hearings, and trial dates be vacated.

20

    IT IS SO STIPULATED.

21
22

DATED this 1st day of March 2024.

DATED this 1st day of February 2024.

23

**HOLLEY DRIGGS**

**LEE KIEFER & PARK, LLP**

24
25
26
27
28

*/s/ Jessica M. Lujan*

**HOLLEY DRIGGS**
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant Midland National Life Insurance Company*

*/s/ Matthew W. Park*

**LEE KIEFER & PARK, LLP**
MATTHEW W. PARK, ESQ.
Nevada Bar No. 12062
1140 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
*Attorneys for Plaintiff, Patricia Somers, Trustee*

1

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above stipulation is GRANTED.

IT IS FURTHER ORDERED that this action is hereby DISMISSED with prejudice, each party to bear their own attorney fees and costs.

IT IS FURTHER ORDERED that all scheduled deadlines, hearings, status checks, and trial dates are VACATED.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED:  March 4, 2024

2